UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN JOHN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET, INC.,<br><br>Defendant. | Civil Action No. 1:15-cv-5838 (PAE)<br><br>**NOTICE OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel(s) that Defendant Whole Foods Market, Inc. is voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

This, the 17th day of September 2015.

D. Greg Blankinship, Esq.
Finkelstein, Blankinship,
Frei-Pearson & Garber, LLP
White Plains, New York 10605
(914) 298-3281

*Attorneys for Plaintiff*

David E. Sellinger, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, New York
(212) 801-9200

*Attorneys for Defendant*

{00273363 }