USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re Whole Foods Market Group, Inc.
Overcharging Litigation

15 CIVIL 5838 (PAE)

## JUDGMENT

------------------------------------------------------------X

Whole Foods having moved to dismiss the Consolidated Amended Complaint ("CAC") pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on March 1, 2016, having rendered its Opinion and Order granting the motion to dismiss for lack of standing, because plaintiffs have not adequately alleged an injury to themselves, dismissing the CAC in its entirety, with prejudice, and directing the Clerk of Court to close both cases 15cv5838 and 15cv6046, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 1, 2016, the motion to dismiss for lack of standing is granted, and the CAC is dismissed in its entirety, with prejudice; accordingly, both of these cases 15cv5838 and 15cv6046 are closed.

**Dated:** New York, New York
March 2, 2016

RUBY J. KRAJICK
_____
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____